Louis H. Pink, as Superintendent of Insurance of the State of New York, Appellant, *v.* Investors Syndicate Title and Guaranty Company, Respondent.

Argued December 3, 1936; decided December 31, 1936.

*John J. Bennett, Jr., Attorney-General (Paul R. Taylor* and *Henry Epstein* of counsel), for appellant.

*Frank L. Wiswall* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, CROUGH, LOUGHRAN and FINCH, JJ. Not voting: CRANE, Ch. J.